# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS MATOS, JR.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PEREZ, et. al.,<br><br>　　　　　Defendants.<br>_____/ | CV F 04 5321 REC LJO P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |

　　　Santos Matos, Jr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　Plaintiff filed the instant action on February 19, 2004.  The Court has screened the complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants True and Perez for excessive force, and defendants Medina, Crouch and Grimes for failure to protect, both in violation of the Eighth Amendment.  Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003)  Accordingly, IT IS HEREBY ORDERED that:

　　　1.　　Service is appropriate for the following defendants:

　　　　　　C/O S. PEREZ

　　　　　　C/O M. TRUE

　　　　　　C/O SGT. K. CROUCH

C/O LT. M. GRIMES

C/O A.R. MEDINA

2. The Clerk of the Court shall send Plaintiff FIVE (5) USM-285 forms, FIVE (5) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint February 19, 2004.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. ONE (1) completed USM-285 form for each defendant listed above; and

    c. SIX (6) copies of the endorsed Complaint filed February 19, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:   May 7, 2005**           /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE