UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTOS MATOS, JR., | ) | 1:04-CV-05321-REC-LJO-P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | ) ) | (DOCUMENT #13) |
| PEREZ, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 30, 2005, defendants filed a motion to extend time to file a response to the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file a response to the complaint.

IT IS SO ORDERED.

**Dated:   October 27, 2005**          /s/ Lawrence J. O'Neill
b6edp0                              UNITED STATES MAGISTRATE JUDGE