UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS MATOS, JR., | 1:04-cv-05321-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 33) |
| vs. | |
| PEREZ, et al, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** (Doc. 26) |
| Defendant. / | |

  Plaintiff Santos Matos, Jr., ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On July 26, 2006, the Magistrate Judge filed a Findings and Recommendations that recommended the court grant Defendants' motion to dismiss and dismiss this action for Plaintiff's failure to exhaust all administrative remedies prior to filing suit.  The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.

1

1  No party has filed objections.

2       In accordance with the provisions of 28 U.S.C. §
3  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u>
4  <u>novo</u> review of this case.  Having carefully reviewed the entire
5  file, the Court finds the Findings and Recommendations to be
6  supported by the record and by proper analysis.  Accordingly, IT
7  IS HEREBY ORDERED that:

8       1.   The Findings and Recommendations, filed July 26, 2006,
9            is ADOPTED IN FULL;
10      2.   Defendant's motion to dismiss, filed November 21, 2005,
11           is GRANTED; and
12      3.   This action is DISMISSED without prejudice for
13           Plaintiff's failure to exhaust the available
14           administrative remedies prior to filing suit; and
15      4.   The Clerk of the Court is DIRECTED to close the file.

17 IT IS SO ORDERED.

18 **Dated:   September 12, 2006**              /s/ Anthony W. Ishii
   0m8i78                              UNITED STATES DISTRICT JUDGE

2